AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

UNITED STATES OF AMERICA

v.

D'ANTHONY MARQUEZ DILLARD

)
)
)
)
)
)
)
)
)
)
)

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case No.  2:15cr337-ECM

USM No. 15822-002

Mackenzie S. Lund
_____
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)     1, 3 & 4     of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Law Violation - Possession of a Firearm by a Convicted Felon | 08/27/2023 |
| 3 | Possession of a Firearm | 08/27/2023 |
| 4 | Leaving the District without Permission | 08/27/2023 |

The defendant is sentenced as provided in pages 2 through     2     of this judgment.  The sentence is imposed pursuant the Sentencing Reform Act of 1984.

☑ Due to Government's Oral Motion to dismiss violation 2     defendant is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   6101

Defendant's Year of Birth:     1991

City and State of Defendant's Residence:
NO CURRENT ADDRESS

12/12/2023
_____
Date of Imposition of Judgment

/s/ Emily C. Marks
_____
Signature of Judge

Emily C. Marks, Chief United States District Judge
_____
Name and Title of Judge

12/13/2023
_____
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:  D'ANTHONY MARQUEZ DILLARD
CASE NUMBER:  2:15cr337-ECM

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

12 Months with no term of supervision to follow.  This sentence shall run concurrent to sentence imposed in Docket No. 2:20cr232-ECM-SMD, in the U.S. District Court, Middle District of Alabama.  The term of supervised release imposed on January 28, 2016 is revoked.

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at   _____  ☐  a.m.   ☐  p.m.   on   _____  .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on   _____  .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL